```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**ROBERT LEWIS HAWKINS-BEY, JR.,**    :
                                      :
    **Petitioner,**                   :
                                      :
**vs.**                               : CIVIL ACTION NO. 11-00612-KD-B
                                      :
**CYNTHIA WHITE,**                    :
                                      :
    **Respondent.**                   :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice due to Petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

    **DONE** this 13th of July, **2012**.

                                                s/Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**